# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0378

VERSUS

JIMMY ADAMS

**JULY 6, 2021**

---

In Re:   Jimmy Adams, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR4-130706.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court denied relator's application for postconviction relief on April 20, 2021.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT